JUN 26 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Case No. 1:20-cr-84
(LJV)

Dear, Honorable Lawrence J. Vilardo

Thank you for taking the time out to read this letter your honor. I really need the courts help regarding my FSA eligibility status. My offense code that they have me under is 422 and a 960 which I didn't cop out to. I copped out to count 2 and 5 on my indictment. The 3632 FSA Policy states as long as you don't have a leadership role, manager role, supervisor role or distribution of Fentanyl resulting in death enhancement you could get FSA year off. I have none of these can you. Please look into the matter. I put in a BP-8 on 5/05/2023. They said they would send it to the region to get it over. I also wrote randi at mid-atlantic to have them check over my PSI and see if I can see if I can. I come to jail with no education now I got my GED while in the county. I have been taking FSA programs. So far I've took introduction to realestate, Drug ed, non residencial drug program, and I'm in Core Carpentry class now. I just got put in to go to rdap which I will be going to a low facility. I'm doing everything I can to better myself. I haven't had any shots or got in any trouble. I would really appreciate it if it was possible for me to see you.

respectfully,
[signature]

Frankie Cook 01408509
FCI Otisville
Federal Correctional Institution
P.O. Box 1000
Otisville, NY 10963

Honorable Lawrence J. Vilardo
2 Niagara Square
Buffalo NY 14202

20-cr-84

WESTCHESTER NY 105
21 JUN 2023 PM 3 L

USDC - WDNY
JUN 26 2023
BUFFALO

